### Egnosak v. Bertovich, Appellant.

Argued November 15, 1967. *August L. Sismondo,* for appellant; *Francis H. Patrono,* with him *Patrono, Ceisler and Edwards,* for appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the order of the court below is affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.

### Engel, Appellant, v. Kuzma.

Argued November 14, 1967. *J. A. Robb,* with him *Wallace E. Edgecombe,* and *Royston, Robb, Leonard, Edgecombe, Miller & Shorall,* for appellant; *James F. Coyne,* with him *Weis & Weis,* for appellee.

Judgment affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.